*Mr. Frank A. Whiteley* for petitioner. No appearance for respondent.

No. 823. WALBRIDGE-ALDINGER COMPANY *v.* A. J. RUDD ET AL. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles West* and *Mr. Everett Petry* for petitioner. *Mr. I. L. Underwood, Mr. William F. Tucker* and *Mr. Huletle F. Aby* for respondents.

No. 835. CENTRAL LEATHER COMPANY *v.* STEAMSHIP GOYAZ, HER ENGINES, ETC., ET AL. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* and *Mr. Oscar R. Houston* for petitioner. *Mr. William A. Purrington* and *Mr. Frank J. McConnell* for respondents.

No. 836. SCHMOLL FILS & COMPANY *v.* STEAMSHIP GOYAZ, HER ENGINES, ETC., ET AL. January 26, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. D. Roger Englar* and *Mr. Oscar R. Houston* for petitioner. *Mr. William A. Purrington* and *Mr. Frank J. McConnell* for respondents.

No. 801. MURPHY WALL BED COMPANY ET AL. *v.* RIP VAN WINKLE WALL BED COMPANY. February 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William K. White* for petitioners. *Mr. A. W. Boyken* for respondent.

No. 817. WILLIAM M. HARDIE COMPANY *v.* ARTHUR H. LAMBORN ET AL. February 2, 1925. Petition for a writ